UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**KB US Holdings, Inc.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 20-22962 (SHL)**<br><br>**Jointly Administered** |

### NOTICE OF CLOSING OF ACME SALE AND
### FILING OF CONSOLIDATED LIST OF ASSUMED CONTRACTS

**PLEASE TAKE NOTICE** that, on October 26, 2020, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered the *Order (I) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing and Approving the Assumption and Assignment of Contracts; and (III) Granting Related Relief* [ECF No. 307] (the "**Acme Sale Order**"), (a) approving the sale of certain assets set forth in that certain Asset Purchase Agreement, dated as of October 19, 2020 (the "**Acme APA**"), by and among Acme Markets, Inc. and KB US Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), and (b) approving the assumption and assignment of certain executory contracts in connection with such sale (the "**Acme Sale**").

**PLEASE TAKE FURTHER NOTICE** that the Acme Sale closed on Saturday, January 23, 2021.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a consolidated list of Assumed Contracts (as defined in the Acme APA) in connection with the Acme Sale.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in the above-captioned chapter 11 cases, including all documents related to the Acme Sale, may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/kb. You may also obtain copies of any pleading by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: KB US Holdings, Inc. (1000), KB Holding, Inc. (3082), AG Kings Holdings Inc. (8681), AG Holdings II Inc. (3828), Kings Super Markets, Inc. (6769), Balducci's Holdings LLC (1913), Balducci's Connecticut LLC (1945), Balducci's Maryland LLC (1926), Balducci's Virginia LLC (1949), and Balducci's New York LLC (1934). The location of the Debtors' corporate headquarters is 700 Lanidex Plaza Parsippany, NJ 07054.

Dated: January 23, 2021
     New York, New York

/s/ *Vincent Indelicato*
Vincent Indelicato
Timothy Q. Karcher
Megan Volin
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900

Charles A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Telephone:  (617) 519-9600
Facsimile:  (617) 519-9899

-and-

Steve Y. Ma
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

*Attorneys for Debtors
and Debtors in Possession*