# Exhibit A

## Consolidated List of Assumed Contracts

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| Kings Supermarkets | Accountemps | Vendor Agreement - Temporary Staffing, dated as of 3/22/2019 |
| Kings Super Markets, Inc. | Acme Retail Systems | Service Contracts, dated November 10, 2010 only for Store Numbers 21, 28, 29, 37, 38, 40, 42, 43, 44, 49, 51, 57, 58, 59, 60, 61, 64, 68, 102, 103, 116, 202, 310, 311, 314, and 315 |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Acme Retail Systems | Service Contracts, dated August 17, 2020 and all Amendments thereto only for Store Numbers 21, 28, 29, 37, 38, 40, 42, 43, 44, 49, 51, 57, 58, 59, 60, 61, 64, 68, 102, 103, 116, 202, 310, 311, 314, and 315 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Acxiom LLC (f/k/a Acxiom Corporation) | Services and Data Agreement, dated as of January 8, 2013 and all Amendments thereto |
| Kings Super Markets | Advanced Systems Concepts, Inc. | IT Service and License Agreement dated as of 7/26/2019 |
| Balducci's Holding LLC | Advantage IQ, Inc. (Engie) | Client Service Agreement, dated April 8, 2009 |
| Kings Super Market, Inc. | Aldon Computer Group | Software License Agreement, dated as of May 1, 1998[2] |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | AlertMedia Inc. | Confidential Proposal, dated April 16, 2020 |
| Kings Super Markets, Inc. | American Express Travel Related Services Company, Inc. | Vendor Agreement, dated November 27, 2017 |
| Kings Super Markets, Inc. | American Leasing Corporation | Master Lease Agreement, dated as of December 5, 2012 only |
| Balducci's Holdings LLC | American Leasing Corporation | Master Lease Agreement, dated as of September 13, 2016 only |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010309 dated March 27, 2017 |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010310 dated April 19, 2017 |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010311 dated April 19, 2017 |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010312 dated April 19, 2017 |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010314 dated January 9, 2018 |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010315 dated January 29, 2018 |
| Kings Super Markets, Inc. | American Leasing Corporation | Supplementary Agreement Lease #R010331 dated April 22, 2019 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010300 dated November 17, 2016 |

---

[2] Listed in the *Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 175] as dated September 8, 1998.

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010308 dated March 27, 2017 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010313 dated January 3, 2018 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010316 dated January 29, 2018 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010317 dated January 29, 2018 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010319 dated February 12, 2018 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010320 dated February 12, 2018 |
| Balducci's Holdings LLC | American Leasing Corporation | Supplementary Agreement Lease #R010321 dated June 29, 2018 |
| Kings Super Markets, Inc. | Aspire Technologies Partners | Quote for VMware One Year Renewal, dated as of September 13, 2019 |
| Kings Super Markets, Inc. | Aspire Technologies Partners | Quote for IntelliFlash, dated as of July 8, 2019 |
| Kings Super Markets, Inc. | Aspire Technology Partners, LLC | Varonis Term Master License Agreement, dated as of June 9, 2020 |
| Kings Super Markets, Inc. | Aston Carter | Services Agreement dated May 1, 2019[3] |
| Kings Super Market, Inc. | ATSG (Mimecast North America, Inc.) | Proposal for Cloud Subscription Renewal, dated April 4, 2019 |
| KB US Holdings, Inc. | Avalara, Inc. | Sales Order, dated as of September 10, 2019 |
| Kings Super Markets, Inc. | Banc of America Merchant Services, LLC | Master Services Agreement, dated as of May 3, 2011 and all Amendments thereto |
| Balducci's Holdings LLC | Banc of America Merchant Services, LLC | Master Services Agreement, dated as of May 3, 2011 and all Amendments thereto |
| Balducci's Holdings LLC; Kings Super Markets, Inc. | Bandwave Systems, LLC | Multi-site IT Service Renewal dated as of 5/14/2018 |
| Kings Super Markets, Inc. | BB.one | Merchant Services Agreement dated as of 6/10/2014 (Store #59) |
| Kings Super Markets, Inc. | BB.one | Merchant Services Agreement dated as of 6/10/2014 (Store #66) |
| Kings Super Markets, Inc. | Beverage Department, LLC | Sublease Agreement, dated as of June 18, 2014 |
| Kings Super Markets, Inc. | Blackboard Inc. | Merchant Services Agreement (Store 59), dated as of June 10, 2014 |
| Kings Super Markets, Inc. | Blackboard Inc. | Merchant Services Agreement (Store 66), dated as of June 10, 2014 |
| Kings Supermarket | Budd-Morgan Central Station Alarm Company, Inc. | Alarm Services Agreement, dated as of June 17, 2014 and all Amendments thereto |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Bunzl Distribution Northeast, LLC | Supply Agreement, dated as of February 19, 2018 |

---

[3] Subject to entry of an order in connection with the *Debtors' Motion for Entry of an Order Authorizing Assumption and Assignment of Executory Contracts to Acme Markets, Inc.* [ECF No. 498].

2

| **Debtor Obligor** | **Counterparty Name** | **Description of Contract** |
|---|---|---|
| Kings Super Markets, Inc. Balducci's Holdings LLC | Bunzl Distribution Northeast, LLC | Supply Agreement, dated as of March 8, 2018, as amended |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Bunzl Distribution Northeast, LLC | Supply Agreement, dated as of March 8, 2018, as amended |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Bynder LLC | Services Agreement, dated as of August 27, 2019 |
| Kings Supermarkets, Inc. | Carlton Technologies, Inc. | Equipment Servicing Agreement, dated as of January 30, 2020 |
| Kings Super Markets, Inc. | Carlton Technologies, Inc. | Equipment Servicing Agreement, dated as of March 1, 2020 |
| Kings Super Markets, Inc. | CaterXpress Pty Ltd | Catering Management Software Licensing and Service Agreement, dated as of June 23, 2019 |
| Balducci's Holdings LLC | CaterXpress Pty Ltd | Catering Management Software Agreement, dated as of March 18, 2019 |
| Balducci's Holdings LLC | CaterXpress Pty Ltd | Catering Management Software Licensing and Service Agreement, dated as of June 23, 2019 |
| Kings Super Markets, Inc. | CaterXpress Pty Ltd | Catering Management Software Agreement, dated as of April 9, 2018 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Cedars Mediterranean Foods | Scan-Based Trading Agreement, dated as of April 24, 2019 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Certegy Check Services, Inc. | Welcome Check Warranty Agreement, dated as of May 22, 2014 |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Chex Finer Foods, Inc. | Supply Agreement, dated as of January 10, 2019 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Cisco Systems, Inc. | End User License Agreement, dated April 11, 2019 and all Amendments thereto |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Cortel Technologies | Assurance Agreement Policy, dated as of December 19, 2019 and all Amendments thereto |
| Kings Super Markets, Inc. | Data Storage Corporation | Master Service Agreement, dated as of December 20, 2017 |
| Kings Super Markets, Inc. | Deep Instinct, Inc. | Quotation, dated as of August 29, 2018 |
| Kings Super Markets, Inc. | Everbank Commercial Finance, Inc. | Lease Agreement, dated as of October 20, 2016 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Freshworks, Inc. | IT Service Management Invoice, dated June 17, 2020 |
| Kings Supermarkets, Inc. | Fujitsu America, Inc. f/k/a ICL Retail Systems a Division of Fujitsu-ICL Systems, Inc. | Equipment, Software, Maintenance Services, and Professional Services Master Agreement, dated as of April 30, 1999 and all Amendments thereto |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets) | FYI Solutions | Alteryx Software Contract dated October 15, 2018 |

3

| **Debtor Obligor** | **Counterparty Name** | **Description of Contract** |
|---|---|---|
| Kings Inc. | GA Communications, Inc. d/b/a PureRED | Digital Chain Circular Agreement, dated as of April 1, 2019 |
| Kings Inc. (Kings Super Markets, Inc.) | GA Communications, Inc. d/b/a PureRED | Server Hosting and Circular Maintenance Agreement, dated as of April 1, 2019 |
| Kings Inc. (Kings Super Markets, Inc.) Balducci's Holdings LLC | GA Communications, Inc. d/b/a PureRED | Weekly Circular Agreement, dated as of April 1, 2019 |
| Kings Inc. (Kings Super Markets, Inc.) | GA Communications, Inc. d/b/a PureRED | Email Maintenance Agreement, dated as of April 1, 2019 |
| Kings Inc. (Kings Super Markets, Inc.) | GA Communications, Inc. d/b/a PureRED | Website Maintenance Agreement, dated as of April 1, 2019 |
| Kings Inc. (Kings Super Markets, Inc.) Balducci's Holdings LLC | GA Communications, Inc. d/b/a PureRED | Weekly Circular Agreement, dated as of July 1, 2019 |
| Kings Inc. (Kings Super Markets, Inc.) | GA Communications, Inc. d/b/a PureRED | Email Maintenance Agreement, dated as of July 1, 2019 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | GA Communications, Inc. d/b/a PureRED | Website Redesign Agreement, dated as of August 27, 2019 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | GrocerKey, Inc. | Subscription Services Agreement, dated as of April 1, 2019 |
| Balducci's Holdings LLC | Grubhub Holdings Inc. | Vendor Agreement, dated as of August 24, 2018 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets) | Grubhub Holdings Inc.(d/b/a Tapingo, Inc.) | Services Agreement, dated as of August 31, 2020 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Havana Roasters Coffee Inc. | Scan-Based Trading Agreement, dated as of October 7, 2019 |
| Kings Super Markets, Inc. | HelpSystems, LLC | Vendor Agreement, dated as of February 4, 2020 and all Amendments thereto and Click-through EULA software agreement; accepted upon download. |
| Kings Super Markets, Inc. | Hewlett-Packard Financial Services Company | Business Lease Agreement, dated as of May 21, 2020 |
| Kings Super Markets, Inc. | HiTouch Business Service (d/b/a IT Simplify) | Managed Print Services Agreement, dated as of December 4, 2018 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | HiTouch Business Services d/b/a ITSimplify | Short-Term Rent to Buy Agreement, dated as of December 10, 2018 |
| Balducci's Holdings LLC | Host International, Inc. | License Agreement dated as of March 15, 2017 and Supply and License Agreement as of December 11, 2006 |
| Kings Super Markets, Inc. | ICL Retail Systems | IT Master Vendor Agreement dated as of 4/30/1999 |
| Kings Super Markets, Inc. | Imperial Distributors, Inc. | Vendor Agreement, dated as of October 27, 2014 |

4

| **Debtor Obligor** | **Counterparty Name** | **Description of Contract** |
|---|---|---|
| Kings Super Markets, Inc. | InComm Financial Services, Inc. | Appointment Agreement for Payment Services, dated as of November 15, 2017 |
| Kings Super Markets, Inc. | Infor (US), Inc. | SaaS Order Form, dated as of March 29, 2016 and all Amendments thereto |
| Kings Super Markets | IntelePeer Cloud Communications LLC | Master Services Agreement, dated as of March 15, 2019 |
| Kings Super Markets, Inc. | Interactive Communications International, Inc. | Master Distribution and Service Agreement, dated as of November 17, 2017 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Intersection Media, LLC | Advertising Vendor Agreement, dated March 2, 2020 |
| Kings Super Markets, Inc. | Invatron Systems Corp., Invatron Systems USA Corp. | Software Agreement dated April 15, 2015 and all Amendments thereto |
| Kings Super Markets, Inc. | J.K. Wines, Inc. | Sublease Agreement, dated as of September 12, 2011 and all Amendments thereto |
| KB Holding, Inc. Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Kaseya | Quote #Q-288103, dated as of June 29, 2020 |
| Kings Super Markets, Inc. | Kronos Inc. | Sales, Software License and Services Agreement, dated August 11, 2009 and all Amendments thereto |
| Kings Super Markets, Inc. | KSM Morristown (NJ) QRS 16-79, Inc. | Services Agreement dated December 8, 2008 |
| KB US Holdings, Inc. | LeaseQuery, LLC | Subscription Agreement, dated as of March 5, 2019 |
| Sutton Place Group LLC | Lexmark dba Access Via | Customer Agreement with Standard T&Cs, License T&Cs, Professional Services T&Cs plus integration and support service SOWs[4] |
| Balducci's Holdings LLC | Lexmark International Incorporated | Vendor Agreement, dated as of October 15, 2019 |
| Kings Super Markets | Lightpath | IT Services Agreement dated as of 5/12/2016 |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Maplebear Inc. (d/b/a Instacart) | Services Agreement, dated October 6, 2017 and all Amendments thereto |
| AG Kings Holdings Inc. | Marks and Spencer P.L.C. | Stock Purchase Agreement, dated as of March 30, 2006[5] |
| Kings Super Markets, Inc. | Mercato | Merchant Participation Confirmation, October 26, 2020 and Merchant Terms and Alcohol Addendum[6] |

---

[4] Subject to entry of an order in connection with the *Debtors' Motion for Entry of an Order Authorizing Assumption and Assignment of Executory Contracts to Acme Markets, Inc.* [ECF No. 498].

[5] Subject to entry of an order of the Bankruptcy Court approving assumption and assignment to Acme.

[6] Subject to entry of an order in connection with the *Debtors' Motion for Entry of an Order Authorizing Assumption and Assignment of Executory Contracts to Acme Markets, Inc.* [ECF No. 498].

5

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| Kings Super Markets, Inc. | MHC Software, Inc. | Software License Agreement, dated December 3, 2015 |
| Kings Super Markets, Inc. | Microsoft Corporation | Volume Licensing Agreement, dated September 21, 2017 and all Amendments thereto |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Monday.com Ltd | Sales Order Agreement, dated December 3, 2019 |
| Balducci's Holdings LLC | NCR | Order Form Agreement, dated January 23, 2017 and all Amendments thereto (Store #315 – Rye Brook) |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Net Access | Service Agreement, dated April 9, 2015 and all Amendments thereto |
| Kings Food Markets, Inc. | Occupational Safety and Health Administration | Settlement Agreement dated as of 3/22/2019 and all Amendments thereto |
| KB Holding, Inc. | Okta, Inc. | Master Subscription Agreement, dated as of July 16, 2019 |
| Kings Super Markets, Inc. | Paperless Pay Corporation | Online Services Agreement, dated as of May 11, 2018 |
| Kings Super Markets, Inc. | Park Place Technologies | Support Contract, dated as of August 7, 2020 |
| Kings Super Markets, Inc. | PC Connection Sales Corp. (Adobe Renewal) | Adobe Software Agreement, dated as of July 15, 2020 |
| Kings Super Markets, Inc. | PC Connection Sales Corp. (Unitrends) | Unitrends Software Agreement, dated as of April 23, 2018 |
| Balducci's Holdings LLC | PNC Equipment Finance, LLC | Equipment Lease Agreement, dated as of July 11, 2018 |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Premiere Response, LLC | Customer Contact Services Agreement, dated as of October 18, 2013 and all Amendments thereto |
| Kings Super Markets, Inc. | ProData Computer Services | Software Maintenance Agreement dated December 13, 2019 |
| Kings Super Markets, Inc. | Progress Software /Ipswitch, Inc. | License and Service Agreement, dated December 16, 2019 |
| Kings Super Markets, Inc. | Quotient Technology Inc. | Vendor Agreement, dated as of August 27, 2019 and all Amendments thereto |
| Kings Super Markets, Inc. | Rackspace US, Inc. | Hosting Services Agreement, dated November 2013 |
| Balducci's Holdings LLC | Rackspace US, Inc. | Hosting Services Agreement, dated November 2013 |
| Kings Super Markets | Retail Data Systems Northeast | Software Maintenance and Support Agreement, dated March 30, 2018 |
| Balducci's Holdings LLC | Retalix USA, Inc. | Hosting Services Agreement, dated January 29, 2013 |
| Kings Super Markets, Inc. | Retalix USA, Inc. | Hosting Services Agreement, dated June 11, 2014[7] |

---

[7] Listed in the *Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 175] as dated January 29, 2013.

6

| **Debtor Obligor** | **Counterparty Name** | **Description of Contract** |
|---|---|---|
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 20, 2012 (Store #310) |
| Kings Super Markets, Inc. | Retalix USA, Inc. | Subscription Agreement, dated December 29, 2010 |
| Kings Super Markets, Inc. | Retalix USA, Inc. | License Transfer Agreement for Software License Agreement from #52 to #67, dated March 14, 2013 |
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 20, 2012 (Store #116) |
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 3, 2012 (Store #202 – John Hopkins) |
| Kings Super Markets, Inc. | Retalix USA, Inc. | Software License Agreement, dated June 28, 2013 |
| Kings Super Markets, Inc. | Retalix USA, Inc. | Software License Agreement, dated June 11, 2012 (Store #68) |
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 20, 2012 (Store #102) |
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 20, 2012 (Store #103) |
| Kings Super Markets, Inc. | Retalix USA, Inc. | Software License Agreement, dated September 30, 2011 and all Amendments thereto (Store #201) |
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 20, 2012 (Store #311) |
| Balducci's Holdings LLC | Retalix USA, Inc. | Software License Agreement, dated February 20, 2012 (Store #314) |
| Kings Super Markets, Inc. Balducci's Holdings LLC | RLB Food Distributors, L.P. (d/b/a FreshPro Food Distributors) | Supply Distribution Agreement for Produce, dated as of August 21, 2020 and all Amendments thereto |
| Kings Super Markets, Inc. Balducci's Holdings LLC | RLB Food Distributors, L.P. (d/b/a FreshPro Food Distributors) | Supply Distribution Agreement for Deli dated as of August 21, 2020 and all Amendments thereto |
| Kings Super Markets, Inc. | Rocket Software Inc | Maintenance Agreement, dated as of July 8, 2020 |
| Kings Super Markets, Inc. | Scala, Inc. | Master Services Agreement, dated April 2, 2018 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Sellr Technologies, Inc. | Digital Platform Agreement, dated November 11, 2019 |
| Kings Super Markets, Inc. (d/b/a Kings Food Markets, Inc.) | Shutterstock, Inc. | Visual Content License Agreement, dated as of May 18, 2020 |
| Kings Super Markets, Inc. | SME Co., Inc. (f/k/a SME Distributing Co., Inc.) | Sublease Agreement, dated as of August 26, 1988 and all Amendments thereto |
| Kings Super Markets | Staples (d/b/a Dex Imaging Inc) | Lease Payout Agreement, dated as of July 15, 2020 |
| Kings Super Markets, Inc. | Sushi Maru Express, Inc. | Service Agreement, dated as of October 29, 2013 |

| **Debtor Obligor** | **Counterparty Name** | **Description of Contract** |
|---|---|---|
| Kings Supermarkets, Inc. | Symphony EYC, LLC | Maintenance Agreement, dated as of December 4, 2019 |
| Balducci's Holdings LLC | Synergy International | Service Agreement, dated September 1, 2020 |
| KB Holding, Inc. | The Paciello Group, LLC | Master Consulting Agreement, dated as of May 29, 2020 |
| Kings Super Markets, Inc. | United Food and Commercial Workers Local 342 | Memorandum of Agreement, dated as of July 17, 2020 |
| Kings Super Markets, Inc. | United Food and Commercial Workers Local 342 | Collective Bargaining Agreement effective from September 6, 2015 to September 8, 2018 |
| Kings Super Markets, Inc. | United Food and Commercial Workers Union Local 1245 | Union Agreement dated as of 11/19/2017 |
| Kings Super Markets, Inc. | United Food and Commercial Workers Union Local 1500 | Union Agreement dated as of 9/27/2015 and all Amendments thereto |
| Kings Super Markets, Inc. | United Food and Commercial Workers Union Local 371 | Union Agreement dated as of 11/29/2015 and all Amendments thereto |
| Kings Super Markets, Inc. | United Food and Commercial Workers Union Local 371 | Memorandum of Agreement, dated as of May 27, 2019 |
| Kings Super Markets, Inc. | United Food and Commercial Workers Union Local 464A | Union Agreement dated as of 6/19/2016 |
| Balducci's Holdings LLC; Kings Super Markets, Inc. | Wakefern Food Corporation | Supply Agreement dated as of 10/1/2018 |
| Kings Supermarkets | Westwood Banana Co. | Customer Program Agreement, dated as of May, 22 2020 |
| Kings Super Markets, Inc. | Xerox Financial Services LLC | Lease Agreement, dated as of December 4, 2019 |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Zeta Global, LLC | Service Agreement, dated as of April 1, 2019 |
| Kings Super Markets, Inc. Balducci's Holdings LLC | Zurka Interactive LLC | Website Design Contract, dated May 21, 2020 and all Amendments thereto |

8

## Assumed Leases

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| Balducci's Connecticut, LLC | Asana Partners | Lease Agreement dated as of January 6, 1993, between Balducci's Connecticut, LLC (as successor to Sutton Hay Day, LLC f/k/a Sutton Hay Day, Inc., successor to Hay Day, Inc.) and Asana Partners (as successor to CapFor Westport, LLC, successor to 157 Easton Road Corp., successor to Arnold Kaye), as amended by that First Amendment to Lease, dated June 1, 1996, as further amended by that Second Amendment to Lease, dated September 19, 2002, as further amended by that Third Amendment to Lease dated May 15, 2003, as amended and assigned by Amendment, Assignment and Assumption of Lease and Landlord Consent and Estoppel Agreement, dated April 15, 2009, as amended by that First Amendment to Amendment, Assignment and Assumption of Lease and Landlord Consent and Estoppel Agreement, dated August 5, 2011, as amended by that Amendment, dated March 14, 2014, as further amended by that Tenant Notification, dated January 12, 2018 (Westport, CT). |
| Balducci's New York, LLC | BeBelle Realty, LLC | Indenture of Lease, dated as of August 11, 1993, between Balducci's New York, LLC (as successor to Hay Day, Inc.) and BeBelle Realty, LLC, as amended by that Amendment, Assignment, Assumption of Lease, Landlord Consent and Estoppel Agreement, dated as of April 13, 2009, as further amended by that Modification and Extension of Lease, dated as of May 31, 2016 (Scarsdale, NY). |
| Kings Super Markets, Inc. | BIT Holdings Fifty-One, Inc. | Pluckemin Shopping Center Lease, dated as of January 1987, between Kings Super Markets, Inc. and BIT Holdings Fifty-One, Inc. (as successor to Sammis Laguna Ltd.), as amended by that Lease Modification, dated as of February 22, 1988, as further amended by that Second Amendment, dated as of October 10, 1991, as further amended by that Third Amendment, dated as of April 29, 1995, as further amended by that Letter Agreement, dated as of June 29, 2004, as further amended by that Letter Agreement, dated as of February 28, 2006, as further amended by that Sixth Amendment, dated as of December 31, 2010, as supplemented by that notice of transition of management, dated as of July 27, 2015 (Bedminster, NJ). |

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| Kings Super Markets, Inc. | CBRE acting as court appointed receiver on behalf of 200-700 Lanidex Associates, L.P | Master Lease Agreement and all Amendments thereto (subject to a negotiated lease amendment between the lease counterparty and Acme)[8] |
| Balducci's Virginia, LLC | CH Sullyfield Associates, LLC, Randon Sulleyfield, LLC and CH South Washington Associates, LLC | Retail Lease Agreement, dated as of November 19, 1987, between Balducci's Virginia, LLC (as successor to Sutton Place Gourmet, III, LLC, as successor to Sutton Place Gourmet (VA), Inc., trading as Balducci's) and CH Sullyfield Associates, LLC, Randon Sulleyfield, LLC and CH South Washington Associates, LLC (as successor to Glenborough South Washington, LLC, successor to Franklin Associates Limited Partnership), as amended by the letter of confirmation, dated as of November 18, 1987, as further amended by the letter of confirmation, dated as of May 11, 1990, as further amended by that Amendment, dated as of October 31, 1991, as further amended by that Second Amendment, dated as of October 30, 2003, as further amended by that Third Amendment, dated as of April 13, 2009, as further amended by that Fourth Amendment, dated as of July 29, 2010, as further amended by that Fifth Amendment, dated as of January 14, 2011, as further amended by that Sixth Amendment, dated as of November 8, 2011, as further amended by that Seventh Amendment, dated as of February 27, 2013 and License Agreement for Roof Top Antenna, dated as of July 13, 1995 and Storage Space Lease, dated as of June 1, 1989, as further amended by that Eighth Amendment, dated as of December 10, 2014, as further amended by that Tenant Estoppel Certificate, dated as of December 15, 2014, as further amended by that Notice of Change in Ownership and Property Management, dated October 17, 2019 (Alexandria, VA). |
| Kings Super Markets, Inc. | Crescent Center Associates | Lease Agreement, dated as of December 24, 1996, between Kings Super Markets, Inc. and Crescent Center Associates, as amended by that First Amendment, dated as of July 2, 1997, as further amended by that Second Amendment, dated as of November 19, 2013 (Florham Park, NJ). |
| Balducci's Connecticut, LLC | Cross Saw-Mill, LLC | Triple Net Commercial Lease, dated as of June 26, 2001, between Balducci's Connecticut, LLC (as successor to Sutton Place Gourmet, Inc.) and Cross Saw-Mill, LLC (as successor to J.A. Tulip, LLC), as amended by that First Amendment, dated as of |

---

[8] Subject to entry of an order in connection with the *Debtors' Motion for Entry of an Order Authorizing Assumption and Assignment of Unexpired Lease to Acme Markets, Inc.* [ECF No. 471].

10

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| | | November 1, 2004, as further amended by that Amendment, Assignment, Assumption of Lease, Landlord Consent and Estoppel, dated as of April 16, 2009, as further amended by that Third Amendment to Lease, dated as of July 2010, as further amended by that Fourth Amendment to Lease, dated as of September 28, 2011, as further amended by that Letter Agreement, dated as of October 2, 2012, as further amended by that Fifth Amendment, dated as of February 28, 2015 (Greenwich, CT). |
| Kings Super Markets, Inc. | Dels Holding, LLC | Lease Agreement, dated as of December 19, 1997, between Kings Super Markets, Inc. and Dels Holding, LLC (as successor to Princeton Meadows, Holdings, LLC, successor to Dels Village Associates), as amended by that First Amendment to Lease Agreement, dated as of July 21, 2000, as further amended by that Second Amendment to Lease Agreement, dated as of December 18, 2014, as further amended by that Third Amendment to Lease Agreement, dated as of June 1, 2016, as further amended by that Tenant Estoppel Certificate, dated as of November 25, 2019, as further amended by that Fourth Amendment to Lease Agreement, dated as of December 3, 2019 (Boonton, NJ). |
| Balducci's Maryland, LLC | Federal Realty Investment Trust | Lease Agreement, dated as of April 25, 1984, between Balducci's Maryland, LLC (as successor to Sutton Place Gourmet II, Inc.) and Federal Realty Investment Trust, as amended by that Addendum dated as of August 25, 1984, as further amended by that Lease Modification dated as of March 16, 1987, as further amended by that Second Lease Modification dated as of December 4, 1987, as further amended by that Lease Extension and Third Modification Agreement dated as of November 11, 1999, as further amended by that Fourth Lease Modification dated as of February 4, 2005, as further amended by that Fifth Modification Agreement dated as of April 15, 2009, as further amended by that Letter Agreement dated as of February 19, 2010 (Bethesda, MD). |
| Kings Super Markets, Inc. | Garwood Mall Associates | Lease Agreement, dated as of August 6, 2007, between Kings Super Markets, Inc. and Garwood Mall Associates (Garwood, NJ). |
| Kings Super Markets, Inc. | Harvey Caplan and Douglas Friedrich, successor Co-Trustees | Lease Agreement, dated as of January 28, 1974, between Kings Super Markets, Inc. and Harvey Caplan and Douglas Friedrich, successor Co-Trustees under Trust Indenture dated as of October 15, 1973 (successors to Maurice M. Weill), as amended by that First Supplement to Lease, dated as of June 24, 1975, as further amended by that |

11

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
|  |  | Agreement, dated as of October 17, 1975, as further amended by that Third Amendment, dated as of September 17, 1990, as further amended by that Fourth Amendment, dated as of February 8, 2010 (Chatham, NJ). |
| Kings Super Markets, Inc. | KSM Cresskill (NJ) QRS 16-80, Inc. | Lease Agreement, dated as of April 28, 2006, between Kings Super Markets, Inc., and AG Kings Cresskill LLC, as amended and restated by Amended and Restated Lease Agreement, dated as of December 28, 2007, between Kings Super Markets, Inc. and KSM Cresskill (NJ) QRS 16-80, Inc., as further amended by First Amendment to Amended and Restated Lease Agreement, dated as of April 3, 2017, between KSM Cresskill (NJ) QRS 16-80, Inc. and Kings Super Markets, Inc. (Cresskill, NJ). |
| Kings Super Markets, Inc. | KSM Livingston (NJ) QRS 16-76, Inc. | Amended and Restated Lease Agreement, dated as of December 28, 2007, between Kings Super Markets, Inc. and KSM Livingston (NJ) QRS 16-76, Inc., as further amended by First Amendment to Amended and Restated Lease Agreement, dated as of April 3, 2017, between KSM Livingston (NJ) QRS 16-76, Inc. and Kings Super Markets, Inc. (Livingston, NJ). |
| Kings Super Markets, Inc. | KSM Montclair (NJ) QRS 16-78, Inc. | Lease Agreement, dated as of April 28, 2006, between Kings Super Markets, Inc., and AG Kings Montclair LLC, as amended and restated by Amended and Restated Lease Agreement, dated as of December 28, 2007, between Kings Super Markets, Inc. and KSM Montclair (NJ) QRS 16-78, Inc., as further amended by First Amendment to Amended and Restated Lease Agreement, dated as of April 3, 2017, between KSM Montclair (NJ) QRS 16-78, Inc. and Kings Super Markets, Inc. (Montclair, NJ). |
| Kings Super Markets, Inc. | KSM Morristown (NJ) QRS 16-79, Inc. | Lease Agreement, dated as of April 28, 2006, between Kings Super Markets, Inc., and AG Kings Morristown LLC, as amended and restated by Amended and Restated Lease Agreement, dated as of December 8, 2008, between Kings Super Markets Inc. and KSM Morristown (NJ) QRS 16-79, Inc., Assignment and Assumption of Lease, dated as of December 8, 2008, between Kings Super Markets Inc. and KSM Morristown (NJ) QRS 16-79, Inc., as further amended by First Amendment to Amended and Restated Lease Agreement, dated as of April 3, 2017, between KSM Morristown (NJ) QRS 16-79, Inc. and Kings Super Markets, Inc. (Morristown, NJ). |
| Kings Super Markets, Inc. | KSM Summit (NJ) QRS 16-75, Inc. | Lease Agreement, dated as of April 28, 2006, between Kings Super Markets, Inc., and AG Kings |

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| | | Summit LLC, as amended and restated by Amended and Restated Lease Agreement, dated as of December 28, 2007, between Kings Super Markets, Inc. and KSM Summit (NJ) QRS 16-75, Inc., as further amended by First Amendment to Amended and Restated Lease Agreement, dated as of April 3, 2017, between KSM Summit (NJ) QRS 16-75, Inc. and Kings Super Markets, Inc. (Summit, NJ). |
| Kings Super Markets, Inc. | Machine Shop Associates, L.P. | Lease Agreement, dated as of March 19, 1999, between Kings Super Markets, Inc. and Machine Shop Associates, L.P., as amended by that First Amended, dated as of September 20, 2006, as further amended by that Second Amendment, dated as of January 30, 2012 (Hoboken, NJ). |
| Balducci's Virginia, LLC | Mclean Square Associates, G.P. | Lease, dated as of January 30, 1995, between Balducci's Virginia, LLC (as successor to Sutton Mclean Corp.) and Mclean Square Associates, G.P., as amended by that First Amendment, dated as of May 15, 1995, as further amended by that Second Amendment, dated as of May 1, 1996, as further amended by that Third Amendment, dated as of May 31, 2003, as further amended by that Lease Assignment, Assumption and Amendment, dated as of April 15, 2009 (Mclean, VA). |
| Kings Super Markets, Inc. | New Creek II LLC | Sublease, dated as of April 1, 1980, between Kings Super Markets, Inc. and New Creek II LLC (as successor to The Stop & Shop Companies, Inc.) (regarding that underlying Lease, dated as of March 29, 1968, between Stop & Shop, Inc. and Britain Realty Co., Inc.) as amended by that First Amendment of Sublease, dated as of August 10, 1984, as further amended by that Amendment of Lease, dated as of August 20, 1996, as supplemented by that option for additional space, dated as of October 7, 2015 (Short Hills, NJ). |
| Kings Super Markets, Inc. | New Creek, LLC | Sublease Agreement, dated as of August 3, 1981, between Kings Super Markets, Inc. and New Creek, LLC (as successor to The Stop & Shop Companies, Inc.) (regarding that underlying Lease Agreement, dated as of December 15, 1970, between The Stop & Shop Companies, Inc. and Britain Realty Co., Inc.), as amended by that First Amendment, dated as of October 6, 1981, as amended by that Second Amendment to Lease, dated as of August 31, 2015 (Hillsdale, NJ). |
| Kings Super Markets, Inc. | Pilgrim Plaza, LLC | Lease Agreement, dated May 4, 1960, between Kings Super Markets, Inc. (as successor to Food Fair Stores, Essex, Inc.) and Pilgrim Plaza, LLC (as successor to Leonard Diener), as amended by that |

13

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| | | Letter Agreement, dated as of August 4, 1960, as further amended by that Amendment of Lease, dated as of May 26, 1971, as further amended by that Amendment, dated as of August 7, 1978, as further amended by that Amendment, dated as of July 27, 1979, as further amended by that Amendment to Lease, dated as of May 18, 1981, as further amended by that Amendment, dated as of March 29, 1985, as further amended by that Amendment and Restatement of Lease, dated as of August 31, 2009 (Verona, NJ). |
| Kings Super Markets, Inc. | Renaissance Development LLC | Retail Store Lease, dated as of August 27, 1999, between Kings Super Markets, Inc. and Renaissance Development LLC, as amended by that Tenant Estoppel Certificate, dated as of July 15, 2014 (Garden City, NY). |
| Balducci's Holdings, LLC | Sodexo Management, Inc. | Subcontract Agreement, dated as of October 14, 2010, between Balducci's Holdings, LLC and Sodexo Management, Inc., as amended by that First Amendment to Subcontract Agreement, dated as of January 24, 2012, as further amended by that Assignment and Amendment Agreement, dated as of August 22, 2020 (The Johns Hopkins Hospital). |
| Kings Super Markets, Inc. | UB Greenwich II-OGCC, LLC | Shopping Center Lease, dated as of September 18, 2012, between Kings Super Markets, Inc. and UB Greenwich II-OGCC, LLC (as successor to Marmah, Incorporated), as amended by that Tenant Estoppel Certificate, dated May 21, 2014, as further amended by that First Amendment and Expansion of Lease, dated as of February 12, 2015 (Old Greenwich, CT). |
| Kings Super Markets, Inc. | UB Midland Park I, LLC | Lease Agreement, dated as of September 28, 1998, between Kings Super Markets and UB Midland Park I, LLC (as successor to Midpark Hye Partners), as amended by that First Amendment, dated as of March 30, 1999, as further amended by that Second Amendment, dated as of September 1, 1999 (Midland Park, NJ). |
| Kings Super Markets, Inc. | V-Fee Realty Investment, LLC | Lease, dated as of June 14, 1991, between Kings Super Markets, Inc. and Mendham Investment Co., as amended by that First Amendment to Lease Agreement, dated as of August 24, 2016, between Kings Super Markets, Inc. and V-Fee Realty Investment, LLC (as successor to Mendham Investment Co.) (Mendham, NJ). |
| Kings Super Markets, Inc. | Wall Valley Associates | Lease Agreement, dated October 18, 2007, between Kings Super Markets, Inc. and Wall Valley Associates, as amended by that Lease Renewal, dated February 23, 2009, as further amended by that |

14

| Debtor Obligor | Counterparty Name | Description of Contract |
|---|---|---|
| | | Lease Renewal Extension, dated March 2, 2011, as further amended by that Lease Renewal, dated January 31, 2019 (Warehouse - Lyndhurst, NJ). |
| Kings Super Markets, Inc. | Whitehouse Mall, L.L.C. | Lease Agreement, dated as of July 1996, between Kings Super Markets, Inc. and Whitehouse Mall, L.L.C., as amended by that Amendment, dated as of January 8, 1997, as further amended by that Lease Amendment, dated as of June 26, 1998, as further amended by that First Amendment dated as of November 22, 1999 (Whitehouse Station, NJ). |
| Balducci's Holdings, LLC | Win Ridge Shopping Center-DE, LLC | Lease, dated as of March 3, 2016, by and between Win Ridge Shopping Center-DE, LLC and Balducci's Holdings, LLC (Rye Brook, NY). |