**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Counsel for the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| KB US HOLDINGS, INC., ET AL., | Case No. 20-22962 (SHL) |
| Debtors.[1] | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I caused true and correct copies of the **Application for Final Decree Closing Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022** and related Notice of Presentment [Docket No. 903], to be filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notification of such filing to all interested parties of record.

I further certify that on February 29, 2024, I caused true and correct copies of the **Application for Final Decree Closing Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022** and related Notice of Presentment [Docket No. 903] to be served upon the parties on **Exhibit A**, via email.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: KB US Holdings, Inc. (1000), KB Holding, Inc. (3082), AG Kings Holdings Inc. (8681), AG Holdings II Inc. (3828), Kings Super Markets, Inc. (6769), Balducci's Holdings LLC (1913), Balducci's Connecticut LLC (1945), Balducci's Maryland LLC (1926), Balducci's Virginia LLC (1949), and Balducci's New York LLC (1934).

US2008 22285718 1

I further certify that on February 29, 2024, I caused true and correct copies of the **Application for Final Decree Closing Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022** and related Notice of Presentment [Docket No. 903] to be served upon the parties on **Exhibit B**, via first class mail.

I further certify that on February 29, 2024, I caused true and correct copies of the **Application for Final Decree Closing Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022** and related Notice of Presentment [Docket No. 903] to be served upon the party listed below, via overnight mail as follows:

Chambers of The Honorable Sean H. Lane
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Dated: February 29, 2024

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Colin M. Bernardino*
Todd C. Meyers
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile:  (212) 775-8800
Email:  tmeyers@kilpatricktownsend.com

-and-

Colin M. Bernardino (*pro hac vice* admission)
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555
Email:  cbernardino@kilpatricktownsend.com

*Counsel for the Plan Administrator*

2

US2008 22285718 1

## **EXHIBIT A**

AJUNDERWOOD@BECKER.LEGAL
ALAN.LIPKIN@CHAFFETZLINDSEY.COM
AMY.KELLY@MORGANLEWIS.COM
TERESA.HELM@MORGANLEWIS.COM
ARAINONE@BRACHEICHLER.COM
ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US
ATTORNEY.GENERAL@CT.GOV
BANKRUPTCYNOTICESCHR@SEC.GOV
BRETT.GOODMAN@TROUTMAN.COM
ALISSA.PICCIONE@TROUTMAN.COM
CDALE@PROSKAUER.COM
CHARLIE.LIU@MORGANLEWIS.COM
cinti.thomas@epa.gov
CSALOMON@BECKERGLYNN.COM
DBRUCK@GREENBAUMLAW.COM
DCLARKE@WJSLAW.COM
FYUDKIN@COLESCHOTZ.COM
HEILMANL@BALLARDSPAHR.COM
ROGLENL@BALLARDSPAHR.COM
DALUZT@BALLARDSPAHR.COM
MCCLAMBC@BALLARDSPAHR.COM
JANELDAMMASSA@GMAIL.COM
LOLEARY@UFCW342.ORG
JBYINGTON@ABGLLAW.COM
JVERSOCKI@ABGLLAW.COM
MHROMADKA@ABGLLAW.COM
JCOOPER@RLTLAWFIRM.COM
BROY@RLTLAWFIRM.COM
JIHYUN.PARK@SQUIREPB.COM
NORMAN.KINEL@SQUIREPB.COM
JROSE@BAKERLAW.COM
JBLANCHARD@BAKERLAW.COM
JSTOELKER@MCCARTER.COM
LBONSALL@MCCARTER.COM
KBTEAM@PRIMECLERK.COM
SERVICEQA@PRIMECLERK.COM
KROSEN@LOWENSTEIN.COM
JKIMBLE@LOWENSTEIN.COM
MDB@COHMLAW.COM
JSG@COHMLAW.COM
MSEYMOUR@LOWENSTEIN.COM
JDIPASQUALE@LOWENSTEIN.COM
JMERKIN@LOWENSTEIN.COM
OAG@DC.GOV

US2008 22285718 1

OAG@OAG.STATE.MD.US
PETER.KNIGHT@LW.COM
JERAMY.WEBB@LW.COM
PFOSTER@FOSTER-WOLKIND.COM
RANDY.MCGEORGE@MORGANLEWIS.COM
RICHARD.MORRISSEY@USDOJ.GOV
SUSAN.ARBEIT@USDOJ.GOV
RLEHANE@KELLEYDRYE.COM
MLEVINE@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
RNEWELL@UFCW1500.ORG
RONALD.PETRONELLA@GMAIL.COM
RSELTZER@CWSNY.COM
HKOLKO@CWSNY.COM
RJENNISON@CWSNY.COM
RXZA@ELLIOTTGREENLEAF.COM
SAK@ELLIOTTGREENLEAF.COM
RZUCKER@LASSERHOCHMAN.COM
SECBANKRUPTCY@SEC.GOV
SECBANKRUPTCY@SEC.GOV
NYROBANKRUPTCY@SEC.GOV
SFERRAINO@UFCW360.ORG
SMA@PROSKAUER.COM
STEPHEN.LERNER@SQUIREPB.COM
UFCW464A@EROLS.COM
VINDELICATO@PROSKAUER.COM
TKARCHER@PROSKAUER.COM
WBORISH@SPEARWILDERMAN.COM
BEISNER@SPEARWILDERMAN.COM
ZIONTSL@BALLARDSPAHR.COM
MARRIOTT@BALLARDSPAHR.COM

US2008 22285718 1

**EXHIBIT B**

| Name | | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | ATTN: DAVID G. LEITCH | 100 NORTH TRYON STREET | | CHARLOTTE | NC | 28255 |
| BOARD OF TRUSTEES UFCW LOCAL 1500 PENSION FUND | | 425 MERRICK AVENUE | | WESTBURY | NY | 11590 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW, 2310A | | WASHINGTON | DC | 20460 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | | PHILADELPHIA | PA | 19104-5016 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| KB US HOLDINGS, INC. | ATTN: JUDITH SPIRES, CEO | 700 LANIDEX PLAZA | | PARSIPPANY | NJ | 07054 |
| LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC | ATTN: SCOTT J. GOLDSTEIN, ESQ. | 280 WEST MAIN STREET | | DENVILLE | NJ | 07834 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | ATTN: BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 |
| PENSION PLAN OF LOCAL 464A | | 245 PATERSON AVENUE | | LITTLE FALLS | NJ | 07424-1607 |
| REGION 1 (CT, MA, ME, NH, RI, VT) | 5 POST OFFICE SQUARE | SUITE 100 | | BOSTON | MA | 02109-3912 |
| REGION 2 (NJ, NY, PR, VI) | 290 BROADWAY | | | NEW YORK | NY | 10007-1866 |

| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
|---|---|---|---|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 900 EAST MAIN STREET | | RICHMOND | VA | 23219 |
| THE FEDERAL TRADE COMMISSION | ATTN: DAVID B ROBBINS, EXECUTIVE DIRECTOR | 600 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20580 |
| THE UNITED STATES ATTORNEY GENERAL/ANTITRUST DIVISION OF DEPARTMENT OF JUSTICE | ATTN: MAKAN DELRAHIM, ASSISTANT ATTORNEY GENERAL AND/OR WILLIAM BARR, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION | 86 CHAMBERS STREET | 3RD FLOOR | NEW YORK | NY | 10007 |

US2008 22285718 1